Harry Miller et al., appellees, v. Andrew X. Sorenson, appellant. Gen. No. 31,448.

Action to recover payments on mortgage and loan commission. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Hutson & Traeger, for appellant; Helmer E. Brandell, of counsel. Earl J. Walker, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

---

Emanuel Peterson, administrator of the estate of Olaf Roland Peterson, deceased, appellant, v. The Baltimore & Ohio Chicago Terminal Railroad Company, appellee. Gen. No. 31,468.

Action for death by wrongful act. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Julius C. Kern, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Loesch, Scofield, Loesch & Richards, for appellant. Henry D. Sheean, for appellee.

Mr. Justice Wilson delivered the opinion of the court.